**MICHEL SHASHATY, ESQ.(SBN:220139)**
**LAW OFFICES OF MICHEL SHASHATY**
14657 TITUS STREET
PANORAMA CITY, CA 91402
Telephone No.:(818)904-0010
Facsimile No. :(818)904-0066

ATTORNEY FOR PLAINTIFFS: LAMYA FAWZI, AND THAFIR ALSAMARRAI

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMYA FAWZI, AND THAFIR ALSAMARRAI, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF RIVERSIDE; STATE OF CALIFORNIA DEPARTMENT OF TRANSPORTATION-CALTRANS; AND BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY, JOSE ARGUELLO, JOSE ENRIQUE ARGUELLO, JR., TRAMEL DE JUAN GORDON, DOES 1 THROUGH 20 ,INCLUSIVE, <br><br> Defendant | Case No.: CV 08-02092 MMM (SSx) <br><br> **COURT'S ORDER** |

**IT is hereby ordered adjudged and decreed that this case be dismissed without prejudice and that the case be transferred to the State Court with proper venue.**

**July 2, 2008**
_____                    _____
DATED                                  Honorable Margaret M. Marrow

COURT ORDER-1